IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** Gray, Nathaniel D | Case Number: 07 B 07505 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 11/13/07 | Filed: 4/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 0.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 21,392.24 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 4,587.56 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 6,137.62 | 0.00 |
| 5. | Dane County Clerk Of Circuit Court | Unsecured | 18.10 | 0.00 |
| 6. | Premium Asset Recovery Corp | Unsecured | 73.20 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 77.76 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 26.46 | 0.00 |
| 9. | Illinois Dept Of Healthcare And Family | Unsecured | 169.80 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 384.50 | 0.00 |
| 11. | Tiffany Wilson | Priority |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 14. | GC Services | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | Key Finance | Unsecured |  | No Claim Filed |
| 17. | State Collection Srv | Unsecured |  | No Claim Filed |
| 18. | Key Finance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 35,351.24 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gray, Nathaniel D

Printed: 11/13/07

Case Number: 07 B 07505
Judge: Hollis, Pamela S
Filed: 4/26/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)